IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM HEACOCK, RITA PEREZ,

    Plaintiffs,

v.        CASE NO. 1:09-cv-00255-MP-AK

COTTON STATES MUTUAL INSURANCE COMPANY,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Notice of Removal, Doc. 1, by Cotton States Mutual Insurance Company from Eighth Judicial Circuit, Alachua County, State of Florida, Civil Division, Case Number 01-09-ca-5881. A conference was held, at which the parties discussed scheduling and related matters. An answer has been filed, Doc. 5. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Clerk shall enter a normal scheduling order. The order shall allow 180 days for discovery.

**DONE AND ORDERED** this _24th_ day of December, 2009

                      *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge